# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 1, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

Re: Charles Christopher Lancaster
v. Texas
No. 15-6373
(Your No. WR-59,676-07; WR-59,676-08)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 28, 2015 and placed on the docket October 1, 2015 as No. 15-6373.

Sincerely,

Scott S. Harris, Clerk

by

Erik Fossum
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk